UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ALYSIA BROUSSARD,             CIVIL ACTION NO.:
individually and on behalf of her
minor children, KR and ER

                                   JUDGE:

VERSUS

FORD MOTOR COMPANY         MAGISTRATE JUDGE:

## ORIGINAL COMPLAINT

Complainant, ALYSIA BROUSSARD, individually and on behalf of her two minor children, KR and ER, all residents of and domiciled in the State of Louisiana, Parish of Lafayette, complaining of FORD MOTOR COMPANY, a foreign corporation domiciled in the State of Delaware, authorized to do and doing business at all times material hereto within the State of Louisiana and specifically within the Western District of Louisiana, respectfully represents that:

### I.

### JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1332, as complete diversity exists between the plaintiff and the defendant and the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

### II.

### VENUE

Venue is proper in the Western District of Louisiana as the defendant is doing business within the Western District.

III.

FACTS

1.

On or about October 23, 2016, complainant, Alysia Broussard, purchased a pre-owned 2016 Ford Explorer XLT (VIN No. 1FM5K8D89GGC64264) vehicle from Posh Preowned in Lafayette, Louisiana.  At the time of purchase, the Ford Explorer had approximately 4,000 miles on it.

2.

At the time of purchase, Complainant's 2016 Ford Explorer was under a factory warranty and Complainant purchased the extended warranty.

3.

Shortly after purchasing the Explorer, complainant began noticing foul smells in the interior/cabin of the vehicle.  More specifically, complainant began noticing a foul smell coming from the air conditioner vent of the vehicle, including a burning smell and a "rotten egg" smell.

4.

The foul smell in the interior/cabin of the Explorer would intensify as complainant would accelerate the vehicle.

5.

As a result of this foul smell, complainant brought her Explorer to Courtesy Ford in Breaux Bridge, Louisiana to be serviced and/or repaired on four (4) separate occasions: February 22, 2017, March 8, 2017, June 12, 2017 and July 6, 2017.

6.

Complainant would eventually come to learn from personnel at Courtesy Ford that the foul smell was a result of exhaust and/or carbon monoxide and/or other potentially dangerous gases leaking into the cabin of her 2016 Ford Explorer.  Complainant would also eventually come to learn that this exhaust issue in Ford Explorers was an issue that Ford has been dealing with since approximately 2012.

7.

The repair order from Courtesy Ford for the March 8, 2017 repair states, in part, as follows:

> TEST DRIVE EXHIBITED SYMPTOMS OF EXHAUST IN CABIN.
> PERFORMED LEAK TEST WITH SOAPY WATER AND FOUND
> MULTIPLE LEAK AREAS.  FOLLOWED TSB 16-0166.

8.

The repair order from Courtesy Ford for the June 12, 2017 repair states, in part, as follows:

> CUSTOMER STATES FOUL SMELL COMING FROM AC ON
> ACCELERATION.  SHE STATES CARBON MONOXIDE SMELL
> ALREADY ADDRESSED AND IT IS DIFFERENT SMELL BUT IT IS
> BAD.
> Caused by
> VEHICLE RETURNED WITH EXHAUST ENTERING CABIN WHILE
> DRIVING CONCERN AFTER BEING PERFORMING TSB6-0166.
> NEW TSB FOR THIS VEHICLE TO SOLVE THE EXHAUST ISSUE IS
> TSB 17-0044. SMELL WAS CONFIRMED DURING TES [sic] DRIVE.
> SEE ATTACHED HOTLINE CASE.

9.

As a result of the exhaust and/or carbon monoxide leaking into the cabin of her 2016 Ford Explorer, complainant and her minor children, KR and ER, were exposed to carbon

monoxide and/or other potentially dangerous gases for various periods of time and have suffered various injuries which will be detailed in the following paragraphs.

10.

Around the same time complainant purchased the 2016 Ford Explorer, she began experiencing migraine headaches.

11.

Complainant was eventually diagnosed with a tumor in her pituitary gland as well as swelling of her brain.

12.

During the months following her purchase of the 2016 Ford Explorer, complainant's migraine headaches intensified and became more frequent.

13.

Complainant is the mother of two unemancipated minors, KR and ER, and as such, is a proper party to bring claims on behalf of KR and ER.

14.

Both KR and ER were frequent passengers in complainant's 2016 Ford Explorer.

15.

During the months following her purchase of the 2016 Ford Explorer, KR and ER began experiencing headaches and nausea.

IV.

## FORD EXPLORER EXHAUST ISSUE

16.

On information and belief, Ford has been aware of the issue of exhaust and/or carbon monoxide leaking into the cabin of the Explorers since approximately 2012. To date, they have failed to fix the issue.

17.

On information and belief, in approximately 2012, Ford Motor Company (hereinafter sometimes referred to as "Ford") issued Technical Service Bulletin 12-12-4 ("TSB 12-12-4), entitled "Explorer Exhaust Odor in Vehicle."

18.

TSB 12-12-4 stated, in part, the following:

> Some 2011-2013 Explorer vehicles may exhibit an exhaust odor in the vehicle with the auxiliary climate control system on. Customers may indicate the odor smells like sulfur."

19.

TSB 12-12-4 then went on to provide instructions on how to allegedly resolve the exhaust issue in the Ford Explorer 2011-2013 models.

20.

Following the issuance of TSB 12-12-4, Ford issued TSB 14-0130 which provided, in part, the following:

> This article supersedes TSB 12-12-4 to update the vehicle model years and Service Procedure.

**ISSUE**
Some 2011-2015 Explorer vehicles may exhibit an exhaust odor in the vehicle with the auxiliary climate control system on. Customers may indicate the odor smells like sulfur.

21.

Much like TSB 12-12-4, TSB 14-0130 then went on to provide instructions on how to

purportedly correct the exhaust issue with the 2011-2015 Ford Explorer models.

22.

Subsequent to TSB 14-0130, Ford issued additional TSBs dealing with the exhaust issue,

including but not limited to TSB 16-0165 and TSB 16-0166. TSB 16-0166 states, in part, the

following:

This article supersedes TSB 16-0165 to add a causal basic part number and condition code.

**ISSUE**
Some 2011-2015 Explorer vehicles may exhibit an exhaust odor in the vehicle with the auxiliary climate control system on. Customers may indicate the odor smells like sulfur, or that exhaust odors are entering the vehicle cabin. This condition may be worsened when the climate control system is in recirculate mode and the vehicle is heavily accelerated for an extended period. Whether and to what extent any customer of occupant of a 2011-2015 Explorer vehicle experiences the exhaust odor will be affected by driving habits, weather and individual sensitivities.

23.

TSB 16-0166 then went on to provide step-by-step instructions on how to allegedly

"improve the condition."

24.

On information and belief, in 2017, Ford issued yet another Technical Service Bulletin

addressing the exhaust issue, TSB 17-0044.

25.

Despite issuing multiple Technical Service Bulletins addressing the exhaust issue with the 2011-2017 Ford Explorers, Ford has failed to correct the issue as this issue persists in Ford Explorers throughout the country, including the 2016 Ford Explorer purchased by complainant, Alysia Broussard.

26.

On information and belief, Ford has serviced many Explorers around the country and/or world under TSBs 12-12-4, 14-0130, 16-0165 and 16-0166, generally without success in eliminating the exhaust leak. As a result, Ford has bought back many of these Explorers around the country and/or world because it has been unable to fix the exhaust leak.

27.

On information and belief, Ford provided TSB 16-0166 and TSB 17-0044 to authorized dealerships throughout the country, including but not limited to Courtesy Ford in Breaux Bridge, Louisiana.

28.

On information and belief, Courtesy Ford in Breaux Bridge, Louisiana performed the step-by-step instructions in both TSB 16-0166 and TSB 17-0044 when attempting to fix the exhaust issue in the complainant's 2016 Ford Explorer. Despite this, the exhaust issue in complainant's 2016 Ford Explorer persisted even after the instructions in TSB 16-0166 and TSB 17-0044 were completed.

V.

## CAUSES OF ACTION

### Claim 1 - Louisiana Products Liability Act

29.

Ford, as the manufacturer of complainant's 2016 Ford Explorer, is liable to complainant for the damages and injuries to complainant and her minor children which were caused by the exhaust leak of the 2016 Ford Explorer which rendered the 2016 Ford Explorer unreasonably dangerous.

30.

The damages and injuries suffered by the complainant, Alysia Broussard, and her two minor children, KR and ER, arose from a reasonably anticipated use of the 2016 Ford Explorer. That "reasonably anticipated use" of the 2016 Ford Explorer was the ordinary use of the vehicle for travel and transportation. At all times material hereto, the 2016 Ford Explorer was the sole and/or primary method of transportation for the complainant and her minor children.

31.

At all times material hereto, the 2016 Ford Explorer and its components parts were unreasonably dangerous in design, because at the time the product left control of the manufacturer, Ford:

- a. there existed a feasible, alternative design for the product that was capable of preventing injuries and/or damages such as those sustained by complainant;

- b. The likelihood that its design would cause damage to complainant, Alysia Broussard, and her two minor children, KR and ER, and the gravity of the damage outweighed the burden on the manufacturer, Ford, of adopting such alternative design and outweighed the adverse effect, if any, of such alternative design on the utility of the 2016 Ford Explorer.

32.

Alternatively, at all times material hereto, the 2016 Ford Explorer and its component parts were unreasonably dangerous in construction or composition because at the time that the 2016 Ford Explorer left the control of the manufacturer, Ford, the 2016 Ford Explorer and/or its component parts deviated in a material way from the specifications and/or performance standards for the product or from otherwise identical products manufactured by Ford in the following manner:

> Exhaust and/or carbon monoxide could leak into the cabin of the Ford Explorer while the vehicle was being operated;

33.

Ford designed, manufactured, constructed, assembled, inspected, distributed, sold and leased the 2016 model year Ford Explorer, including the 2016 Ford Explorer owned by complainant, in a manner so as to render the subject vehicle defective, unreasonably dangerous and unsafe for its intended use and purpose by, among other things:

a.   Designing the vehicles such that exhaust and other gases, including carbon monoxide, may enter the passenger compartments of the vehicles;

b.   Designing the bumpers and/or tailpipes on the vehicles such that exhaust and other gases, including carbon monoxide, may accumulate behind the bumper and within the interior and exterior panels, allowing those gases to permeate the passenger compartments of the vehicles;

c.   Designing, manufacturing, constructing and assembling the vehicles using defective rear air extractors that permit exhaust and other gases, including carbon monoxide, to enter the passenger compartments of the vehicles;

d.   Designing, manufacturing, constructing and assembling the liftgates in the rear of the vehicles using defective drain valves, which permit exhaust and other gases, including carbon monoxide, to enter the passenger compartments of the vehicles;

e.   Designing, manufacturing, constructing and assembling the vehicles with sheet metal panels and overlaps which permit exhaust and other gases,

including carbon monoxide, to enter the passenger compartments of the vehicles;

f.    Designing, manufacturing, constructing and assembling the vehicles with joints and seems that permit exhaust and other gases, including carbon monoxide, to enter the passenger compartments of the vehicles; and

g.    Designing, manufacturing, constructing and assembling the vehicles with rear auxiliary air conditioning system parts which are defectively designed and/or located too close in proximity to the drive side rear air extractor, such that exhaust and other gases, including carbon monoxide, may enter the auxiliary air conditioning system and the passenger compartments of the vehicles.

34.

At the time the 2016 Ford Explorers left the control of Ford, including complainant's 2016 Ford Explorer, Ford knew or should have known that the 2016 Ford Explorers, including complainant's 2016 Ford Explorer, were dangerous and defective such that drivers and passengers of those vehicles may be exposed to carbon monoxide and other dangerous gases while the vehicles were in operation.

35.

Alternatively, the 2016 Ford Explorer was unreasonably dangerous because Ford failed to provide an adequate warning about the vehicle.  At the time 2016 Ford Explorer left Ford's control, including the 2016 Ford Explorer owned by complainant, they knew, or should have known, that their 2016 Ford Explorer models, including complainant's 2016 Ford Explorer, possessed a characteristic (exhaust leak) that may cause damage and yet Ford failed to use reasonable care to provide an adequate warning of this dangerous characteristic and of its danger to users and handlers of the 2016 Ford Explorer.

36.

Although Ford has had actual knowledge of the existence of the defect since 2009, Ford provided no warning to owners or operators. The potential exposure to exhaust and carbon monoxide renders the 2016 model year Ford Explorer, including the 2016 Ford Explorer owned by complainant, unsafe to drive and unreasonably dangerous.

37.

Ford purportedly made modifications to the design of the 2016 Explorer in response to a nationwide class action litigation involving the 2011-2015 Explorer models causing injury and death. These modifications were ineffective at preventing dangerous and potentially deadly levels of carbon monoxide from entering the cabin of the vehicle.

38.

Ford admitted to a design defect with respect to the 2011-2015 Ford Explorer models and issued several technical service bulletins purporting to have addressed the issues.

39.

On information and belief, Ford has not acknowledged the defect in the 2016 Explorer models despite more than one incident of this nature having occurred in identical models.

40.

Ford designed, manufactured, sold and leased the 2016 Ford Explorer when it knew or should have known of such defects, and that defects in the prior model year were not fixed.

41.

Ford has failed to notify owners and operators of the 2016 Ford Explorer, including complainant, Alysia Broussard, of the defect in the 2016 model year Ford Explorers that exposed complainant and her two minor children to an unreasonably dangerous condition.

42.

Complainant reasonably expected to have the 2016 Ford Explorer operate in a normal and customary manner, free from exposure to potentially noxious and deadly exhaust gases entering the vehicle's cabin during normal and expected use.

43.

To date, Ford has not acknowledged defects in the 2016 Ford Explorer operated by complainant when she and her two minor children were injured or generally that the 2016 model year Ford Explorers contain design flaws and/or defective exhaust and/or HVAC systems permitting exhaust, carbon monoxide and other potentially dangerous gases into the cabin of those vehicles.

### Claim 2 - Breach of Warranty Against Redhibitory Defects

44.

The 2016 Ford Explorer purchased by complainant, Alysia Broussard, is a "thing" under La. Civil Code articles 2520, et seq.

45.

Ford is a "manufacturer" under La. Civil Code articles 2520, et seq.

46.

Complainant, Alysia Broussard, is a "buyer" under La. Civil Code articles 2520, et seq.

47.

The defects described herein of the 2016 Ford Explorer purchased by complainant meet the definition of a redhibitory defect as defined in La. Civil Code articles 2520, et seq.

48.

The defect in the 2016 Ford Explorer of complainant which led to exhaust, carbon monoxide and/or other potentially dangerous and lethal gasses entering the cabin of the 2016 Ford Explorer is such that it renders complainant's 2016 Ford Explorer useless and/or its use is so inconvenient that complainant, Alysia Broussard, would not have purchased the 2016 Ford Explorer had she been aware of this defect.

49.

Additionally, the defect in the 2016 model year Ford Explorer, including the 2016 Ford Explorer of complainant, diminished the usefulness and/or value of the vehicle.

50.

The 2016 Ford Explorer of complainant was not fit for its ordinary use (travel and transportation) as the defects in the vehicle exposed the occupants and operator of the vehicle to dangerous and potentially lethal gases, including carbon monoxide, during normal, expected and ordinary use of the vehicle.

51.

The defect to the 2016 Ford Explorer of complainant existed at the time of delivery as Ford has been aware of this defect since approximately 2009.

## Claim 3 - Negligence

52.

The complainant and her minor children suffered damages and injuries as a result of Ford's negligent manufacturing, fabricating, constructing, designing, testing, assembling, installing, marketing, advertising and/or distribution of the 2016 model year Ford Explorer, including but not limited to the 2016 Ford Explorer purchased by complainant.

53.

A proximate cause of the injuries to complainant, Alysia Broussard, and her two minor children, KR and ER, was a result of the following non-exclusive list of omissions and/or commissions on the part of the defendant, its agents, employees, and/or representatives, to-wit:

a.   Producing, making, fabricating, constructing, designing, testing, assembling, installing, marketing, advertising and/or distributing the 2016 Ford Explorer and its component parts that were defective in composition and/or construction as specified above;

b.   Producing, making, fabricating, constructing, designing, testing, assembling, installing, marketing, advertising and/or distributing the 2016 Ford Explorer and its component parts that were defective in design as specified above;

c.   Producing, making, fabricating, constructing, designing, testing, assembling, installing, marketing, advertising and/or distributing the 2016 Ford Explorer and its component parts that were warranted as specific in particular above;

d.   Publishing deceptive and misleading advertising materials that emphasized that the 2016 Ford Explorer and its components parts were safe, reliable and free from known safety defects when, in fact, they were not, as specific above;

e.   Failing to take the appropriate steps to test and/or engineers its product, 2016 Ford Explorer, and to ensure that this product was not put into the stream of commerce in such a defective condition, as specific above;

f.   Offering a defective product into the stream of commerce that was intended for inevitable sale to the consumer public when it was foreseeable that the 2016 Ford Explorer and its component parts would be used without inspection for defects by users.

g.   Failure to warn the purchasing public of the possibility and/or probability of injuries and damages caused by the 2016 Ford Explorer and/or its component parts due to the likelihood that exhaust, carbon monoxide and/or other gaseous substances would leak into the cabin of the vehicle while the vehicle owners, operators and passengers were occupying the vehicle;

> h.   Failure to do that which should have been done to correct the defect in the 2016 Ford Explorers when defendant had been aware of this defect since approximately 2009;
>
> i.   Breach of Ford's warranty (express and/or implied) against redhibitory defects under La. C.C. art. 2520, et seq.
>
> j.   Negligent manufacturing, making, fabricating, constructing, designing, testing, assembling, installing, marketing, advertising and/or distribution of the 2016 model year Ford Explorer, including but not limited to the 2016 Ford Explorer of complainant.

### Claim 4 – Louisiana Unfair Trade Practices Act

54.

The actions of defendant, Ford, also constitute unfair and deceptive trade practices under La. R.S. 51:1405, et seq.

55.

Specifically, Ford was aware or should have been aware of the dangerous condition of the vehicle (the 2016 Ford Explorer of complainant, Alysia Broussard) and failed to remedy or warn of the defect.

56.

Complainant seeks and is entitled to all available damages under the Louisiana Unfair Trade Practices Act and simultaneously with the filing of this Complaint is sending a copy of same to the Louisiana Attorney General's Office pursuant to La. R.S. 51:1409.

### Claim 5 – Violation of the Magnuson-Moss Warranty Act (15 U.S.C. § 2301, et seq.)

57.

Complainant re-alleges and incorporates by reference the allegations contained in all preceding paragraphs of this Complaint as though set forth.

58.

Complainant, Alysia Broussard, is a "consumer" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

59.

Ford is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4) – (5).

60.

The vehicle described herein is a "consumer product" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

61.

15 U.S.C. § 2301(d)(1) provides a cause of action for any consumer who is damaged by, among other things, the failure of a warrantor to comply with written or implied warranties.

62.

Ford sells and leases its vehicles subject to express warranties that are written warranties within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(6). Ford additionally sells and leases its vehicles subject to implied (including statutory) warranties within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(7).

63.

When complainant purchased her 2016 Ford Explorer, Ford warranted that it was merchantable, fit for the ordinary purpose for which it was intended to be used, including the guarantee that it was in a safe and non-defective condition for use by its owner and was not otherwise injurious to consumers. Ford was under a duty to design, construct, manufacture, inspect and test the vehicle so as to make it suitable for the ordinary purpose of its use.

64.

The 2016 model year Ford Explorers, including the 2016 Ford Explorer owned by complainant, share a common defect in that they have been designed and manufactured such that exhaust and other gases, including carbon monoxide, may enter the interior and/or cabin of the vehicles during their normal and customary use. Ford is aware of the defect and has acknowledged the problem of an exhaust odor inside the passenger compartment of such vehicles by its issuance of TSBs 12-12-4 and 14-0130. However, on information and belief, TSBs 12-12-4 and 14-0130 do not disclose the presence of carbon monoxide inside the interior and/or cabin of the vehicles, nor do they fix the problem of exhaust and other gases entering the interior and/or cabin. Ford has breached its express and implied warranties by failing to disclose a health and life safety defect in the subject vehicles, by failing to fix the defects in the subject vehicles and by selling or leasing vehicles which are unsafe and unfit for the ordinary purpose for which they are intended to be used.

65.

As a result of the defect in her 2016 Ford Explorer, complainant, Alysia Broussard, sustained injuries consisting of, but not limited to, migraine headaches, nausea and possibly a tumor in her pituitary gland and swelling of her brain, and other concomitant symptomatology commonly associated with said injuries. These injuries have in the past required and may in the future continue to require certain medicines, medical care and treatment, resulting in complainant experiencing excessive pain and suffering, mental anguish and anxiety, loss of enjoyment of lifestyle and resulting in complainant's inability to work and psychological injuries.

66.

Complainant experienced the injuries set forth herein as a result of the aforementioned conditions and/or acts of negligence on the part of the defendant, its agents, employees and/or representatives, as well as the defendant's breach of its obligation under the circumstances, including the obligation to provide a product (vehicle) intended for its ordinary use.

67.

As a result of her defective 2016 Ford Explorer and resulting injuries, complainant, Alysia Broussard, has experienced severe pain and suffering, mental anguish and anxiety, loss of enjoyment of lifestyle, residual physical and mental impairment and disability entitling her to damages for such in the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00).

68.

As a result of her defective 2016 Ford Explorer and resulting injuries set forth herein, Complainant, Alysia Broussard, has in the past and will in the future incur medical expenses in the sum of approximately TWO HUNDRED THOUSAND DOLLARS ($200,000.00).

69.

At the time of the accident and injuries set forth herein, Complainant, Alysia Broussard, was gainfully employed. As a result of the defective 2016 Ford Explorer, injuries and disability described herein, Alysia Broussard has suffered economic loss and loss of earning capacity as follows:

A.   Past and present loss of wages:                          $25,000.00

B.   Future loss of wages and loss of earning capacity:   $200,000.00

70.

As a result of the defective 2016 Ford Explorer, the plaintiffs, ER and KR, have suffered injuries consisting of but not limited to headaches and nausea and other concomitant symptomatology commonly associated with said injuries.

71.

As a result of the defective 2016 Ford Explorer, ER has experienced pain and suffering, mental anguish and anxiety, loss of enjoyment of lifestyle, residual physical and mental impairment and disability entitling Alysia Broussard, on behalf of her minor child, ER, to damages for such in the sum of TWO HUNDRED THOUSAND DOLLARS ($200,000.00).

72.

As a result of the defective 2016 Ford Explorer and resulting injuries suffered by ER, Complainant, Alysia Broussard, on behalf of her minor child, ER, has in the past and will in the future incur medical expenses related to the treatment and care of ER in the sum of approximately FIFTY THOUSAND DOLLARS ($50,000.00).

73.

As a result of the defective 2016 Ford Explorer and resulting injuries, KR has experienced pain and suffering, mental anguish and anxiety, loss of enjoyment of lifestyle, residual physical and mental impairment and disability entitling Alysia Broussard, on behalf of her minor child, KR, to damages for such in the sum of TWO HUNDRED THOUSAND DOLLARS ($200,000.00).

74.

As a result of the defective 2016 Ford Explorer and resulting injuries suffered by KR, Complainant, Alysia Broussard, on behalf of her minor child, KR, has in the past and will in the

future incur medical expenses related to the treatment and care of KR in the sum of approximately FIFTY THOUSAND DOLLARS ($50,000.00).

75.

As a result of the injuries sustained by their mother (Alysia Broussard), ER and KR, have suffered a loss of consortium with their mother. Thus, Alysia Broussard, as the parent of her minor children, ER and KR, alleges that they are entitled to damages in a reasonable sum for their loss.

76.

Complainant, Alysia Broussard, is entitled to and claims damages in a reasonable sum for property damage, including but not limited to a rescission of the sale of her 2016 Ford Explorer and/or damages for loss of use and/or diminution in value of her 2016 Ford Explorer.

WHEREFORE, Complainant, Alysia Broussard, individually and on behalf of her minor children, KR and ER, pray for judgment against said defendant, Ford Motor Company, condemning the defendant to pay to Plaintiffs the sum of ONE MILLION FOUR HUNDRED TWENTY-FIVE THOUSAND DOLLARS ($1,425,000.00) together with interest and costs, attorney fees and for all general and equitable relief.

Respectfully Submitted,

LAW OFFICES OF KENNETH W. DEJEAN

/s/ Kenneth W. DeJean

Kenneth W. DeJean (No. 4817)
Adam R. Credeur (No. 35095)
417 W. University Avenue (70506)
P.O. Box 4325
Lafayette, LA 70502
TEL:   (337) 235-5294
FAX:   (337)  235-1095
kwdejean@kwdejean.com
adam@kwdejean.com
Counsel for Complainant